**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000034
25-JUN-2025
09:21 AM
Dkt. 18 ODSD

NO. CAAP-25-0000034

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

CLARISSA KUENLE NAPUA MEDEIROS, Plaintiff-Appellant, vs.
JAMES NALANI FREDRICK MEDEIROS, JR., Defendant-Appellee.

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(CASE NO. 1DV161007479)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka, and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On January 21, 2025, self-represented Plaintiff-Appellant Clarissa K.N. Medeiros (**Clarissa**) filed a notice of appeal.

(2) The opening brief was due on a clerk's extension on or before May 14, 2025.

(3) Clarissa failed to file the opening brief or request a further extension of time.

(4) On May 19, 2025, the appellate clerk entered a "Default of Opening Brief," informing Clarissa that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 29, 2025 for appropriate action that may include dismissal of the appeal under Hawaiʻi Rules of Appellate Procedure Rule 30, and Clarissa could request relief

NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

from default by motion.

(5) Clarissa has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 25, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge

2